UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

AUSTIN HALL,

      Plaintiff,

      v.

OFFICER SEAN ADAMS, *et al*.,

      Defendants.

Case No. 10-cv-819-JPG-SCW

## JUDGMENT

This matter having come before the Court, and the Court having granted Plaintiff Austin Hall's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NANCY J. ROSENSTENGEL, CLERK**

**Dated: May_19, 2011**

**s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**